UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                              Plaintiff,

          v.

STEVEN RAY,

                              Defendant.
_____

DECISION AND ORDER

15-CR-6115L

Defendant Steven Ray ("Ray") had filed a series of motions seeking release which this Court denied on May 13, 2020 (Dkt. #154). In that Decision and Order, the Court dismissed several of Ray's prior motions. Since that Order, Ray has filed a spate of new motions . They include two motions to reconsider (Dkt. ##158, 160), as well as a new motion for compassionate release (Dkt. #164).

The Court previously considered all of Ray's arguments and found in my May 13, 2020 Decision and Order (Dkt. #154) that there was no basis for release. No new material has been presented warranting a change in that decision and, therefore, all of Ray's motions, once again, seeking release are and should be denied.

CONCLUSION

The motions of defendant Steven Ray (Dkt. ##158, 160, 164) are in all respects DENIED.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
July 20, 2020.