UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                                  Plaintiff,

              v.

STEVEN RAY,

                                  Defendant.
_____

DECISION AND ORDER

15-CR-6115L
15-CR-6004L

       Defendant, Steven Ray, filed a *pro se* motion (15-CR-6115, Dkt. #195; 15-CR-6004, Dkt. #247) seeking early release from supervised release. Ray has completed his concurrent 84-month term of imprisonment and commenced supervised release on November 20, 2020.

       Both the Probation Office and the United States Attorney's Office oppose early release at this time. (15-CR-6115, Dkt. #197; 15-CR-6004, Dkt. #248). Ray has not yet completed one year of supervision and therefore, by statute, is ineligible for early release. 18 U.S.C. §§ 3564(c); 3583(e)(1).

       It does appear that Ray is abiding by conditions of supervised release and has paid the ordered restitution. Nevertheless, I deny Ray's request at this time. The Court imposed a three-year term of supervision. The defendant has not yet served even one year of that term. The Court will review the matter after Ray has been on supervised release for a period of 18 months.

## CONCLUSION

Defendant Steven Ray's *pro se* motion (15-CR-6115, Dkt. #195; 15-CR-6044, Dkt. #247) for early termination of supervised release is DENIED at this time.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
        August 23, 2021.